Richard V. Mattison, Jr., Respondent, v. Agnes C. Mattison, Respondent. Charles F. Wainwright, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. (Houghton, J., dissenting.)

Louis Llado Farrell, Respondent, v. William J. Farrell, Individually and as Executor and Trustee under the Last Will and Testament of Leocadie Farrell, Deceased, Appellant. Impleaded with Francisco Llado Farrell and Adelaide Llado Farrell.— Order affirmed, with ten dollars costs and disbursements, without prejudice to application for commission on written interrogatories. No opinion.

Thomas F. Cushing Company, Respondent, v. James Hastings, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Georges Renault and John L. Lequin, Jr., Committee of the Person and Estate of Mary E. Lequin, an Incompetent Person, Respondents, v. Walter R. Herrick and Others, Doing Business under the Firm Name of Herrick, Berg & Company, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Clemens J. Caughey, Appellant, v. Arthur B. Lewis, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

The New Idea Pattern Company, Appellant, v. Isaac Milstein, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Albert Bruen and Others, Respondents, v. Charles H. Fuechsel (the Name Charles Being Fictitious, etc.), Appellant.— Order modified by striking out the imposition of costs as a condition of opening default, and as so modified affirmed, without costs. No opinion. Settle order on notice.

James A. Ryan, Respondent, v. Walter C. Carr, Appellant, Impleaded with Broun-Green Company.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Nelson A. Ransohoff, Respondent, v. Henry Irving Goodrich, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Denis Burns, Respondent, v. Degnon-McLean Contracting Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Aaron Nikop, Respondent, v. Adolph Kellerman, Defendant. Henry Tannenbaum and Isaac Bachmann, Composing the Firm of Tannenbaum & Bachmann, Creditors, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion.

In the Matter of the Application of Margaret Flynn, as General Guardian of George A. Flynn and Walter F. Flynn, Infants, Appellant, for an Order Requiring William R. Hill, as Special Guardian for Said George A. Flynn and Walter F. Flynn, Respondent, to Pay Over Certain Moneys.— Order affirmed, with ten dollars costs and disbursements, on the opinion of Dowling, J., in the court below. (Reported in 58 Misc. Rep. 628.)

Edith A. N. Brewer v. William S. Brewer.— Motion granted, with ten dollars costs.

In the Matter of Janet McIntosh.— Motion granted, with ten dollars costs.

Duane P. Cobb v. Terry Parker.— Motion granted, with ten dollars costs.

Modesta Buonacos v. Peter Buonacos.— Motion granted, with ten dollars costs.